Certificate Number: 17270-TNE-CC-026586511



17270-TNE-CC-026586511

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>November 25, 2015</u>, at <u>1:40</u> o'clock <u>PM PST</u>, <u>Jesse R Davidson</u> received from <u>Bigsteptraining.org</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Eastern District of Tennessee</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:    <u>November 25, 2015</u>            By:    <u>/s/Erin E Jackson</u>

                            Name:    <u>Erin E Jackson</u>

                            Title:    <u>Representative</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).