

December 17, 2015

Clerk, United States Bankruptcy Court
Eastern District of Tennessee
Chattanooga Division

## REQUEST FOR SERVICE OF NOTICES

RE: Debtor(s)         :   Jesse Randal Davidson
                          Lisa Herron Davidson
    Case Number       :   1:15-15201-NWW
    Chapter           :   7
    Secured Creditor  :   PennyMac Loan Services, LLC
    Loan Number       :

Dear Sir / Madam:

    Would you please add the following interested party to the mailing / service list in the above referenced case:

        PennyMac Loan Services, LLC
        c/o Aldridge Pite LLP
        Bankruptcy Department
        Fifteen Piedmont Center
        3575 Piedmont Road, N.E., Suite 500
        Atlanta, GA 30305

    Please provide this office with a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to notices required by Bankruptcy Rules 2002(g) and the Local Rules of the Bankruptcy Court.

    Thank you for your assistance in this matter.  If you have any questions, please do not hesitate to call me.

        Very Truly Yours,

        /s/ John D. Schlotter
        John D. Schlotter, Esq.
        Agent for PennyMac Loan Services, LLC

cc:  Debtor's Counsel
     Trustee

Fifteen Piedmont Center
3575 Piedmont Road, N.E.
Suite 500
Atlanta, GA 30305
P:  404~994~7400
F:  888~246~7307