# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TENNESSEE, (Chattanooga)

IN RE:

Jesse Randal Davidson
Lisa Herron Davidson

NO. 1:15-bk-15201-NWW

CHAPTER 7

Debtor(s)

## MOTION FOR ENTRY OF AGREED ORDER

Comes Creditor, Headwaters Financial Corp, pursuant to LBR 9072-1, and moves the Court to approve and enter the attached agreed order which has been approved by the parties.

**Knight & Hooper, PLLC**

By: /s/ Thomas L. N. Knight
Thomas L. N. Knight, BPR #1072
James B. M. Hooper, BPR #14220
Attorneys for Creditor
P.O. Box 11583
Chattanooga, Tn 37401-2583
423/267-1158

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of this motion for relief from stay has been served on the parties listed below by depositing a copy of same in the United States Mail with sufficient postage thereon to carry same to its destination or by electronic means.

This the 8th day of January, 2016.

**Knight & Hooper, PLLC**

BY: /s/ Thomas L. N. Knight

cc: Millard Ramsey, Attorney
203 Chickamauga Ave
Rossville, GA 30741

Douglas R. Johnson, Trustee
P.O. Box 2188
Chattanooga, Tennessee 37409

Jesse Randal Davidson
Lisa Herron Davidson
5219 Highway 11
Rising Fawn GA 30738

File # 15B0286