IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE, (Chattanooga)

IN RE:

Jesse Randal Davidson
Lisa Herron Davidson

    Debtor(s)

NO. 1:15-bk-15201-NWW
CHAPTER 7

Creditor: Headwaters Financial Corp
Creditor Account #: xxxx0783
Collateral: 2012 Harley Davidson Sportster

## AGREED ORDER LIFTING STAY

By agreement of the parties, the Trustee having abandoned any interest in the collateral, the automatic stay is hereby vacated. The fourteen (14) day stay provided for in Bankruptcy Rule 4001 (a)(3) shall not be applicable so that this order shall be enforceable immediately upon entry.

# # #

APPROVED:

Knight & Hooper, PLLC

By: /s/ Thomas L. N. Knight
Thomas L N Knight (1072)
Attorneys for Creditor
701 Market Street, Suite 700 P. O. Box 11583
Chattanooga, TN 37401-2583
423/267-1158

Millard Ramsey (033697)
Attorney for Debtor(s)
203 Chickamauga Ave
Rossville, GA 30741
706/841-2220

Douglas R. Johnson, Trustee   By Tom Knight with permission
P.O. Box 2188
Chattanooga, Tennessee 37409
423/266-2300

P510 #15B0286