United States Bankruptcy Court
Eastern District of Tennessee

In re:
Jesse Randal Davidson
Lisa Herron Davidson
    Debtors

Case No. 15-15201-NWW
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0649-1       User: reede       Page 1 of 1       Date Rcvd: Jan 08, 2016
                     Form ID: pdfAgrd0   Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2016.
db/jdb     +Jesse Randal Davidson,   Lisa Herron Davidson,   5219 Highway 11,   Rising Fawn, GA 30738-4501
cr         +BMW Bank of North America, Inc,   P.O. BOX 201347,   ARLINGTON, TX 76006-1347

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr          E-mail/PDF: rmscedi@recoverycorp.com Jan 08 2016 20:37:54
          Recovery Management Systems Corporation,   25 SE 2nd Ave,   Suite 1120,
          Miami, FL  33131-1605
11185189     E-mail/Text: tmoynihan@thecreekhd.com Jan 08 2016 20:38:55     Headwaters Financial Corp.,
          11180 Alpharetta Hwy,   Roswell, GA 30076,   Roswell, GA 30076
11173278    +E-mail/Text: tmoynihan@thecreekhd.com Jan 08 2016 20:38:55     Headwater Financial Corp.,
          11180 Alpharetta Highway,   Roswell, GA 30076-1436
                                                                                                                   TOTAL: 3

          ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
cr          Headwaters Financial Group
cr          PENNYMAC LOAN SERVICES, LLC.
                                                                                                                      TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2016                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2016 at the address(es) listed below:
          Douglas R. Johnson    tn18@ecfcbis.com
          John D. Schlotter    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC.
           jschlotter@ecf.inforuptcy.com
          Millard Ramsey    on behalf of Debtor Jesse Randal Davidson mramsey@burkandramsey.com,
           ecflegalnoticesmillardramsey@gmail.com
          Millard Ramsey    on behalf of Joint Debtor Lisa Herron Davidson mramsey@burkandramsey.com,
           ecflegalnoticesmillardramsey@gmail.com
          Thomas L. N. Knight    on behalf of Creditor    Headwaters Financial Group
           bankruptcy@collectionstn.com
          United States Trustee    Ustpregion08.cn.ecf@usdoj.gov
                                                                                                   TOTAL: 6

SO ORDERED.
SIGNED this 8th day of January, 2016

/s/ Nicholas W. Whittenburg
Nicholas W. Whittenburg
UNITED STATES BANKRUPTCY JUDGE

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

---

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE, (Chattanooga)

IN RE:

Jesse Randal Davidson
Lisa Herron Davidson

    Debtor(s)

Creditor: Headwaters Financial Corp
Creditor Account #: xxxx0783
Collateral: 2012 Harley Davidson Sportster

NO. 1:15-bk-15201-NWW
CHAPTER 7

## AGREED ORDER LIFTING STAY

By agreement of the parties, the Trustee having abandoned any interest in the collateral, the automatic stay is hereby vacated. The fourteen (14) day stay provided for in Bankruptcy Rule 4001 (a)(3) shall not be applicable so that this order shall be enforceable immediately upon entry.

# # #

APPROVED:

Knight & Hooper, PLLC

By: /s/ Thomas L. N. Knight
Thomas L N Knight (1072)
Attorneys for Creditor
701 Market Street, Suite 700 P. O. Box 11583
Chattanooga, TN 37401-2583
423/267-1158

/s/ Millard Ramsey
Millard Ramsey (033697)
Attorney for Debtor(s)
203 Chickamauga Ave
Rossville, GA 30741
706/841-2220

/s/ Douglas R. Johnson By Tom Knight
Douglas R. Johnson, Trustee    with permission
P.O. Box 2188
Chattanooga, Tennessee 37409
423/266-2300

P510 #15B0286