United States Bankruptcy Court
Eastern District of Tennessee

In re:
Jesse Randal Davidson
Lisa Herron Davidson
    Debtors

Case No. 15-15201-NWW
Chapter 7

# CERTIFICATE OF NOTICE

```
District/off: 0649-1           User: reede                  Page 1 of 2                  Date Rcvd: Mar 21, 2016
                               Form ID: 318                 Total Noticed: 37
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2016.
```
db/jdb         +Jesse Randal Davidson,    Lisa Herron Davidson,    5219 Highway 11,    Rising Fawn, GA 30738-4501
cr             +BMW Bank of North America, Inc,    P.O. BOX 201347,    ARLINGTON, TX 76006-1347
cr             +PennyMac Loan Services, LLC,    6101 Condor Drive,    Moorpark, CA 93021-2602
11173261        Ally,   c/o Northstar Location Services, LLC,     4285 Genesee Street,    Buffalo, NY 14225-1943
11173263       +Best Buy/CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
11173267       +Chattanooga Area Schools Credit Union,     Attn: Bankruptcy,    1201 Bailey Ave,
                 Chattanooga, TN 37404-2806
11173268       +Chattanooga Area Schools Fed. CU,     Attn: Bankruptcy,    P.O. Box 3529,
                 Chattanooga, TN 37404-0529
11173271        Department of Education,    c/o Nelnet,    P.O. Box 82565,    Lincoln, NE 68501-2565
11173273       +First National Bank of Omaha,    P.O. Box 3412,    Omaha, NE 68103-0412
11173274        Freedom Road Financial Services,     c/o AMO Recoveries,    P.O. Box 579,    Linden, MI 48451-0579
11173275       +Geico,    One Geico Plaza,    Bethesda, MD 20811-0002
11173276       +Georgia Farm Bureau,    c/o Credit Bureau Associates,     321 Main Street,    Tifton, GA 31794-4897
11173277       +Hamilton Medical Center,    P.O. Box 1168,    Dalton, GA 30722-1168
11178517        Nissan,    POB 660366,    Dallas, TX 75266-0366
11173283       +Nissan Motor Acceptance,    P.O. Box 660360,    Dallas, TX 75266-0360
11173286        PNC Bank,    2703 Liberty Avenue,    Pittsburgh, PA 15222
11173285        Pennymac,    Attn: Bankruptcy,    P.O. Box 514387,    Los Angeles, CA 90051-4387
11173288        Regions Consumer Bankcard,    P.O. Box 11007,    Birmingham, AL 35288-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              EDI: RECOVERYCORP.COM Mar 21 2016 20:33:00      Recovery Management Systems Corporation,
                 25 SE 2nd Ave,    Suite 1120,    Miami, FL  33131-1605
11196999       +EDI: GMACFS.COM Mar 21 2016 20:33:00      Ally Bank,    PO Box 130424,    Roseville, MN 55113-0004
11173262       +EDI: GMACFS.COM Mar 21 2016 20:33:00      Ally Financial,    Attn: Bankruptcy,    P.O. Box 130424,
                 Saint Paul, MN 55113-0004
11173264        EDI: BMW.COM Mar 21 2016 20:33:00      BMW Financial Services,    5515 Parkcenter Circle,
                 Dublin, OH 43017
11173265       +EDI: CAPITALONE.COM Mar 21 2016 20:33:00      Capital One,    Attn: Bankruptcy,    P.O. Box 30285,
                 Salt Lake City, UT 84130-0285
11173266        EDI: RMSC.COM Mar 21 2016 20:33:00      Care Credit,    c/o Synchrony Bank,    P.O. Box 965060,
                 Orlando, FL 32896-5050
11173269       +E-mail/Text: bankruptcy@culsllc.com Mar 21 2016 20:47:13      Credit Union Loan Source,
                 1669 Phoenix Parkway,    Atlanta, GA 30349-5462
11173270        EDI: RCSDELL.COM Mar 21 2016 20:33:00      Dell Financial Services,    PO Box 81577,
                 Austin, TX 78708
11173272        EDI: DISCOVER.COM Mar 21 2016 20:33:00      Discover Financial Services,
                 Attn:  Bankruptcy Dept.,    P.O. Box 3025,    New Albany, OH 43054-3025
11185189        E-mail/Text: tmoynihan@thecreekhd.com Mar 21 2016 20:45:52      Headwaters Financial Corp.,
                 11180 Alpharetta Hwy,    Roswell, GA 30076,    Roswell, GA 30076
11173278       +E-mail/Text: tmoynihan@thecreekhd.com Mar 21 2016 20:45:52      Headwater Financial Corp.,
                 11180 Alpharetta Highway,    Roswell, GA 30076-1436
11173279        E-mail/Text: bankruptcies@foxcollection.com Mar 21 2016 20:47:01
                 Hutcheson Primary Care, LLC,    c/o Fox Collection,    P.O. Box 528,
                 Goodlettsville, TN 37070-0528
11173280        EDI: HY11.COM Mar 21 2016 20:33:00      Hyundia Motor Finance,    P.O. Box 20829,
                 Fountain Valley, CA 92728-0829
11173282       +EDI: LTDFINANCIAL.COM Mar 21 2016 20:33:00      LTD Financial Services, LP.,
                 7322 Southwest Freeway Suite 1600,    Houston, TX 77074-2134
11173281        EDI: RMSC.COM Mar 21 2016 20:33:00      Lowes,    c/o Synchrony Bank,    P.O. Box 965060,
                 Orlando, FL 32896-5050
11173284        EDI: RMSC.COM Mar 21 2016 20:33:00      Old Navy,    c/o Synchrony Bank,    P.O. Box 965060,
                 Orlando, FL 32896-5050
11177271        EDI: RECOVERYCORP.COM Mar 21 2016 20:33:00      Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
11173287       +E-mail/Text: newbk@Regions.com Mar 21 2016 20:47:15      Regions Bank,    Attn: Bankruptcy Dept.,
                 1900 Fifth Avenue,    Birmingham, AL 35203-2670
11173289       +EDI: WFFC.COM Mar 21 2016 20:33:00      Wells Fargo,    Attn: Bankruptcy,    P.O. Box 6426,
                 Carol Stream, IL 60197-6426
                                                                                               TOTAL: 19
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Chattanooga Area Schools FCU
cr              Headwaters Financial Group
cr              PENNYMAC LOAN SERVICES, LLC.
                                                                                    TOTALS: 3, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0649-1          User: reede                   Page 2 of 2                   Date Rcvd: Mar 21, 2016
                              Form ID: 318                  Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 21, 2016 at the address(es) listed below:
              April Perry Randle    on behalf of Creditor    Chattanooga Area Schools FCU
               april@aprilrandlelaw.com,  josh@aprilrandlelaw.com;ecf_noresponse@aprilrandlelaw.com
              Douglas R. Johnson     tn18@ecfcbis.com
              John D. Schlotter    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC.
               jschlotter@ecf.inforuptcy.com
              Millard  Ramsey    on behalf of Debtor Jesse Randal Davidson mramsey@burkandramsey.com,
               ecflegalnoticesmillardramsey@gmail.com
              Millard  Ramsey    on behalf of Joint Debtor Lisa Herron Davidson mramsey@burkandramsey.com,
               ecflegalnoticesmillardramsey@gmail.com
              Thomas L. N. Knight    on behalf of Creditor    Headwaters Financial Group
               bankruptcy@collectionstn.com
              United States Trustee    Ustpregion08.cn.ecf@usdoj.gov
                                                                                             TOTAL: 7
```

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jesse Randal Davidson** | Social Security number or ITIN | **xxx–xx–1913** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Lisa Herron Davidson** | Social Security number or ITIN | **xxx–xx–8048** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Eastern District of Tennessee**

Case number:   **1:15–bk–15201–NWW**

# Order of Discharge                                                                       12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jesse Randal Davidson                                  Lisa Herron Davidson

3/21/16                                                          **By the court:** /s/ Nicholas W. Whittenburg
                                                                              United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                              **Order of Discharge**                              page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**